Kyle A. Kinney, Esq. [Bar No. 027189]
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Phone: [480] 269-7077
Fax: [480] 614-9414
Email: kyle@kinneylaw.net

*Attorney for Debtors,*
Lyman S. and Sharon S. Shreeve

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: | **Chapter 7** |
| Lyman S. Shreeve, <br> Sharon S. Shreeve, husband and wife, | **Case No. 2:18-bk-04480-BKM** |
| Debtors. | |

**NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the 341 Meeting of Creditors in the above-captioned matter originally set for June 25, 2018 at 12:00 p.m. has been continued to July 16, 2018 at 12:00 p.m., in the US Trustee Meeting Room, 230 N. First Avenue, Suite 102 Phoenix, AZ. In a joint case both spouses must attend. Creditors may attend but are not required to do so.

DATED this 22nd day of June 2018.

LAW OFFICES OF KYLE A. KINNEY, PLLC

By: */s/ Kyle A. Kinney*
Kyle A. Kinney, Esq.
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Attorney for Debtors

| | |
|---|---|
| COPY of the foregoing mailed or served via electronic notification this this 22nd day of June 2018 to:<br><br>TRUSTEE Brian J. Mullen<br>PO Box 32247<br>Phoenix, AZ 85064<br>bmullen@bktrustee.phxcoxmail.com<br><br>U.S. TRUSTEE<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706<br><br>and COPIES served via email to all other persons requesting notice<br><br>Nationstar Mortgage LLC d/b/a<br>Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>McCarthy & Holthus LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607<br><br>Kristin McDonald, Esq. ( *VIA EMAIL*)<br>Lakshmi Jagannath, Esq.<br>Ross Mumme, Esq.<br>McCARTHY & HOLTHUS, LLP<br>8502 E. Via De Ventura, Suite 200<br>Scottsdale, AZ 85258<br>*Attorneys for U.S. Bank National Association as Trustee NRZ Pass-Through Trust X, its assignees and/or successors, by and through its servicing agent Nationstar Mortgage LLC d/b/a Mr. Cooper*<br><br>Gagen-McCoy Law Firm<br>Attn: Charles Koss<br>630 San Ramon Valley Blvd.,<br>Danville CA 94526-4087<br><br>Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Scottsdale AZ 85255<br><br>Azdeprev.Com *(VIA EMAIL)*<br>AZ Department Of Revenue<br>Bankruptcy & Litigation,<br>1600 W. Monroe, 7th Fl.<br>Phoenix, AZ 85007-2650<br><br>By: */s/* Paula D. Hillock_____ | Midland Credit Management<br>PO Box 939069,<br>San Diego CA 92193-9069<br><br>**U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003-0608** |